# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CLIFFORD FARTHING,

        Plaintiff,                      Case Number: 07-CV-13225

v.                                            HONORABLE PAUL D. BORMAN

KENNETH RYAN,

        Defendant.

        _____/

## ORDER OF SUMMARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Clifford Farthing filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. On August 8, 2007, the Court issued an Order Directing Plaintiff to Provide Additional Copies. The Court ordered Plaintiff to file one copy of his complaint within thirty days from the date of the order. The Court informed Plaintiff that failure to file the required copies could result in the dismissal of his complaint. Plaintiff has failed to file the required additional copies within the prescribed time period.

Accordingly, **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

                                                   s/Paul D. Borman
                                                   PAUL D. BORMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated: October 5, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on plaintiff and the attorneys of record by electronic means or U.S. Mail on October 5, 2007.

s/Denise Goodine<br>
Case Manager