# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CLIFFORD FARTHING,

           Plaintiff,

-vs-

KENNETH RYAN, et al.,

           Defendants.
_____/

CASE NO. 07-CV-13225

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

STEVEN D. PEPE
UNITED STATES MAGISTRATE JUDGE

## ORDER
## (1) CONSTRUING THE MAGISTRATE JUDGE'S APRIL 14, 2008 ORDER AS A REPORT & RECOMMENDATION; (2) ADOPTING THE REPORT & RECOMMENDATION; AND (3) GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

Before the Court is the Magistrate Judge's April 14, 2008 Report and Recommendation granting Plaintiff's February 22, 2008 Motion for Relief from Judgment. The Court construes the Magistrate Judge's Order as an R&R. Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

    (1)    **ADOPTS** the Magistrate Judge's Report & Recommendation (Doc. No. 9); and

    (2)    **GRANTS** Plaintiff's Motion for Relief from Judgment (Doc. No. 7).

This Order reopens the instant case.

**SO ORDERED.**

                                                s/Paul D. Borman
                                               PAUL D. BORMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: May 14, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 14, 2008.

                s/Denise Goodine
                          Case Manager

\\