**EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CLIFFORD FARTHING,

               Plaintiff,          Civil Case No. 07-13225

v.

                                     DIST. JUDGE PAUL D. BORMAN

KENNETH RYAN, et al.,

               Defendants.

_____ /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF GRANTING DEFENDANT'S MOTION TO DISMISS

      Before the Court is the Magistrate Judge's November 4, 2008, Report and Recommendation in favor of granting Defendant's Motion to Dismiss. (Dkt. No. 22). Having reviewed that Report and Recommendation, and there being no objections, the Court enters as its findings and conclusions the Report and Recommendation **GRANTING** Defendant's Motion to Dismiss. Further, the Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint.

      **SO ORDERED.**

                                      s/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: December 22, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 22, 2008.

                                      s/Denise Goodine
                                      Case Manager